## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE   RAMON E. REYES, JR        DATE : 2/15/07    TIME:

DOCKET NUMBER :    06CR593(ARR)         LOG # :  2:57 – 3:01

DEFENDANT'S NAME :    ✓ OCTAVIO POLANCO
               ✓ Present      __ Not Present     ✓ Custody    __ Bail

DEFENSE COUNSEL :   FLORIAN MIEDEL for  Ret. BARRY WEINSTEIN
               ✓ Federal Defender    __ CJA     __ Retained

A.U.S.A: GURBIR GREWAL    Jason Jones         DEPUTY CLERK :  FELIX CHIN

INTERPRETER : _____ (Language)

**BOND** _____ Hearing held. _____ Hearing adjourned to _____

✓ Defendant was released on $10,000 _____ PRB with/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start_____ Stop_____

___ Order of Speedy Trial entered.   Code Type___   Start_____ Stop_____

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____